IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THOMAS LIVERSAGE, *et al*.<br><br>*Plaintiff,*<br><br>v.<br><br>NATIONWIDE DEBT<br>MANAGEMENT SOLUTIONS, LLC,<br><br>*Defendant.* | Civil Action No.: ELH-15-01266 |

**ORDER**

I have reviewed United States Magistrate Judge Stephanie A. Gallagher's Report and Recommendations of January 11, 2016 (ECF 12), to which no objections have been filed. I agree with Judge Gallagher's Report and Recommendations in every respect. It is neither clearly erroneous nor contrary to law. Therefore, I shall adopt it as my own.

Accordingly, it is this 1st day of February, 2016, ORDERED:

1. Judge Gallagher's Report and Recommendations (ECF 12) is adopted as an Order of the Court;

2. The Motion For Default Judgment filed by plaintiffs Thomas Liversage and Patricia Liversage (ECF 8) is GRANTED;

3. The Court hereby awards each plaintiff the sum of $200.00 in statutory damages, plus a total of $1,310.00 in legal fees, and $400.00 in costs, for a total judgment of $2,110.00 in favor of plaintiffs and against defendant Nationwide Debt Management Solutions, LLC;

4. The Clerk shall mail a copy of this Order to all parties; and

5. The Clerk shall CLOSE this case.

                                        /s/
                              Ellen Lipton Hollander
                              United States District Judge